JS - 6

**FILED: 1/31/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Juliette Martha Friedgen*,<br><br>          **Plaintiff**,<br><br>          v.<br><br>*Mortgage Electronic Registration Systems, Inc., et al.*<br><br>          **Defendants.** | **CASE NO. CV 11-8900-GHK (FFMx)**<br><br>**JUDGMENT** |

Pursuant to the Court's January 31, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Juliette Martha Friedgen's ("Plaintiff") claims against Defendants Mortgage Electronic Registration Systems, Inc., U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2006-1, and Wells Fargo Bank National Association dba America's Servicing Company are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: January 31, 2012

                                                                         _____
                                                                          GEORGE H. KING<br>                                                                United States District Judge